STEELE, JR., Appellant.— Motion for extension of time to perfect appeal denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

GEORGE D. GRUNDY, Appellant, v. LOUISA D. PRATT, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

HARDING PARK HOMES CO., INC., Respondent, v. EAGLE INDEMNITY COMPANY, Appellant. SALADINO BUILDING CO., INC., and Others, Defendants.— Motion to resettle order of reversal denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

EDWIN HEAL, Respondent, v. NEW YORK HARBOR DRY DOCK COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

JACOB B. HIRSHFELD, Respondent, v. M. B. F. FILM PRODUCING CO., INC., and HYMAN BINDER, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

LYNNE ARTHUR HOAG, Respondent, v. HUDSON RIVER DAY LINE, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

JEANNE KOROWITZ, Appellant, v. IRVING KOROWITZ, Respondent.— Motion to dismiss appeal denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

BORIS KRONMAN and Another, etc., Respondents, v. SAMUEL KRASNY and Others, Appellants.— Motion for stay granted until ten days after decision of appeal, which is on the May, 1927, calendar. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

LAVINIA LALLY, Respondent, v. EMILIE L. CRONEN, Individually and as Executrix, etc., Appellant.— Motion to resettle order denied, but a reargument is ordered on the question whether this court should modify the decree so as to provide for an accounting, which question was not presented to the trial court, nor to this court on the argument of the appeal. Argument set for Friday, May 13, 1927. Present — Kelly, P. J., Young, Kapper and Hagarty, JJ.; Lazansky, J., taking no part.

ISIDORE LENKOWSKY and Another, etc., Respondents, v. MARY SCHRIEBER and Others, Appellants.— Motion for stay granted until ten days after decision of appeal, which is on the May, 1927, calendar. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ALBERT EGEA LOPEZ, Appellant, v. LENETT REALTY CORPORATION and HERMAN FREEDMAN, Respondents.— Motion to dismiss appeal denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ELIZABETH LYE, Respondent, v. PAUL STERN and ROSE STERN, Appellants. ROSE REEP, Respondent.— Motion to resettle order of April 13, 1927, denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

HUGH MCKENNA, Respondent, v. THE UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and THE EXPORT STEAMSHIP CORPORATION, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.